IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIKE HIBDON, as Personal Representative Of the Estate of Audrey Hibdon-Hotopp, <br><br> Plaintiff, <br><br> v. <br><br> FARMERS INSURANCE COMPANY, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.: CIV-14-351-M ) ) ) ) ) |

## STIPULATION OF DISMISSAL

COME NOW the parties hereto, the Plaintiffs appearing in person and by and through their attorney of record, Rex Travis, and Defendant appearing by and through its attorney of record, Michael D. Duncan, and, pursuant to Rule 41(1)(A)(ii), hereby stipulate that the above-styled and numbered cause is dismissed.

Dated this 5th day of March, 2015.

Respectfully submitted,

_____
Mike Hibdon, plaintiff.

And

 s/Rex Travis
Rex Travis, OBA#9081
Travis Law Office
P.O. Box 1335
Oklahoma City, OK 73101-1336
Telephone: 405-236-5400

-1-

Facsimile: 405-236-5499
rextravis@travislawoffice.com
*Counsel for Plaintiff*

-and-

/s/ Michael D. Duncan
Michael D. Duncan, OBA No. 11601
Anna L. Brannon, OBA No. 30998
CHUBBUCK, DUNCAN & ROBEY, P.C.
100 N. Broadway Avenue, Suite 2300
Oklahoma City, Oklahoma 73102
Telephone: (405) 236-8282
Facsimile: (405) 236-2828
mdduncan@chubbucklaw.com
abrannon@chubbucklaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of March, 2015 I electronically transmitted the attached document to the Clerk of the Court using ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following recipients:

Michael D. Duncan, OBA No. 11601
Anna L. Brannon, OBA No. 30998
CHUBBUCK, DUNCAN & ROBEY, P.C.
100 N. Broadway Avenue, Suite 2300
Oklahoma City, Oklahoma 73102

/s/ Rex Travis
Rex Travis